UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENCIA BARRERA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF<br><br>CALIFORNIA PROBATION,<br><br>　　　　　　　Respondent. | Case No. 2:22-cv-09022-JFW (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that the FAP is DENIED and that Judgment be entered dismissing this action with prejudice.

Dated: June 26, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　United States District Judge